IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD MASUD, Individually and On Behalf of All Others Similarly Situated;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TD AMERITRADE, INC., and TD AMERITRADE CLEARING, INC.,<br><br>　　　　Defendants. | **8:24CV499**<br><br>**ORDER** |
| DJAKARTA A. JACOBS, Individually and On Behalf of All Others Similarly Situated;<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>TD AMERITRADE CLEARING, INC., and TD AMERITRADE, INC.,<br><br>　　　　Defendants. | **8:25CV16**<br><br>**ORDER** |

IT IS ORDERED:

1. Plaintiffs' unopposed motions to extend are granted. (Filing No. 38 in Case No. 8:24-cv-499; Filing No. 26 in Case No. 8:25-cv-16).

2. The response brief as to the pending *Motion to Transfer to the United States District Court for the Central District of California or, Alternatively, Stay*, (Filing No. 32 in Case No. 8:24-cv-499, and Filing No. 18 in Case No. 8:25-cv-16) is now due on April 7, 2025.

3. Any reply as to the motion to transfer shall be filed in accordance with the Local Rules.

Dated this 24th day of March, 2025.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Ryan C. Carson
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge