IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICHARD MASUD, Individually and On Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE, INC., and TD AMERITRADE CLEARING, INC.,<br><br>Defendants. | **8:24CV499**<br><br>**ORDER** |
| DJAKARTA A. JACOBS, Individually and On Behalf of All Others Similarly Situated;<br><br>Plaintiff,<br><br>vs.<br><br>TD AMERITRADE CLEARING, INC., and TD AMERITRADE, INC.,<br><br>Defendants. | **8:25CV16**<br><br>**ORDER** |

IT IS ORDERED:

1. Defendants' unopposed motions to extend are granted. (Filing No. 42 in Case No. 8:24-cv-499; Filing No. 30 in Case No. 8:25-cv-16).

2. The reply brief as to the pending *Motion to Transfer to the United States District Court for the Central District of California or, Alternatively, Stay*, (Filing No. 32 in Case No. 8:24-cv-499, and Filing No. 18 in Case No. 8:25-cv-16) is now due on April 28, 2025.

Dated this 10th day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge